___ LODGED
___ RECEIVED   ___ COPY

FEB 1 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___SMH___ DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona
MONICA EDELSTEIN
Assistant U.S. Attorney
Arizona State Bar No. 023098
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500
Email: Monica.Edelstein@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>TN:  Joshua James Fowler<br><br>1. Joshua Fowler<br>  (Count 1)<br><br>2. Bret Seltzer,<br>  (Count 2)<br><br>Defendants. | No.  CR-20-00166-01-PHX-DJH<br><br>**I N F O R M A T I O N**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy to Commit Wire Fraud)<br>Count 1<br><br>18 U.S.C. § 14<br>(Misprision of Felony)<br>Count 2 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### 18 U.S.C. § 371
### (Conspiracy to Commit Wire Fraud)

From in or around May 2011 to in or around February 2016, the exact dates being unknown, in the District of Arizona and elsewhere, Defendant JOSHUA FOWLER and others known and unknown, did unlawfully, voluntarily, intentionally, and knowingly conspire, confederate, and agree together and with each other, and with other individuals, both known and unknown, to knowingly execute and attempt to execute a scheme or artifice to defraud and to obtain funds from property developers, by means of materially false and fraudulent pretenses, representations, and promised in violation of Title 18,

United States Code, Section 1343 (Wire Fraud). Among the manner and means by which FOWLER, and his co-conspirators carried out the conspiracy included creating and submitting materially false and fraudulent documentation to induce real estate developers to electronically transfer funds to Boomtown Management, LLC. As a result of these false submissions, on multiple occasions between May 2011 and February 2016, property developers wire transferred funds directly to Boomtown business bank accounts.

All in violation of Title 18, U.S.C. § 371.

## COUNT 2
## 18 U.S.C. § 4
### (Misprision of Felony)

In or around June 2011 through in or around September 2019, the exact dates being unknown, in the District of Arizona, BRET SELTZER, knew that a felony offense occurred, failed to notify law enforcement, and took affirmative steps to conceal the offense. SELTZER knew that Boomtown Management, LLC and its principals provided materially false and fraudulent documentation to induce real estate developers to electronically transfer funds to the company and that the offense was punishable by more than a year in prison. SELTZER failed to notify authorities of the offense and assisted in affirmatively concealing the offense.

All in violation of Title 18, U.S.C. § 4.

Dated this 31st day of January 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*[signature]*
MONICA EDELSTEIN
Assistant U.S. Attorney